**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-7593**

————————

TOMMY MCCALL,

                                        Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; CHARLIE CONDON,

                                        Respondents - Appellees.

————————

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Cameron McGowan Currie, District
Judge.  (CA-96-2127-5-22)

————————

Submitted:  May 28, 1998            Decided:  June 9, 1998

————————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Tommy McCall, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, Robert F. Daley, Jr., Assistant Attorney General,
Columbia, South Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tommy McCall seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), and denying in part his motion for reconsideration under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny McCall's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. McCall v. South Carolina, No. CA-96-2127-5-22 (D.S.C. Sept. 11 & Oct. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED